**Dismiss and Opinion Filed June 7, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00976-CV

**JOSEPH ABUZAID, Appellant**
**V.**
**MODJARRAD & ASSOCIATES, P.C., D/B/A MAS LAW FIRM, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-06551**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Garcia
Opinion by Justice Myers

We reinstate this appeal. In 2018, we abated this case due to Joseph Abuzaid's bankruptcy. *See* TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public Access to Court Electronic Records (PACER) system which shows the bankruptcy case associated with this appeal was terminated on November 30, 2020, effectively dissolving the automatic stay.

We notified the parties by letter, requesting they inform the Court of the status of the bankruptcy and of this appeal. We cautioned that the failure to respond would result in the appeal being dismissed for want of prosecution. *See id*. 42.3(b),(c). To date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id*. 42.3(b),(c); *Brewer v. Admiral Ins. Co*., 2002 WL 31312990, at *1 (Tex. App.—Dallas Oct. 16, 2002, no writ) (per curiam) (not designated for publication).

170976f.p05

/Lana Myers//
LANA MYERS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

JOSEPH ABUZAID, Appellant

No. 05-17-00976-CV     V.

MODJARRAD & ASSOCIATES,
P.C., D/B/A MAS LAW FIRM,
Appellee

On Appeal from the 95th District
Court, Dallas County, Texas
Trial Court Cause No. DC-16-06551.
Opinion delivered by Justice Myers.
Justices Partida-Kipness and Garcia
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered this 7th day of June, 2021.